**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Bassey Jackson EKANEM,
Defendant–Appellant.**

**No. 13–10638
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 10, 2014.

Bassey Jackson Ekanem, Post, TX, pro se.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

Bassey Jackson Ekanem, federal prisoner # 33575–177, appeals from the denial of his motion for a judgment of acquittal pursuant to Federal Rules of Criminal Procedure 29(c)(1) and 45(b)(1)(B). As Ekanem has already been denied appellate relief and relief under 28 U.S.C. § 2255, his motion constitutes a meaningless, un-

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

authorized filing, and his case does not present a nonfrivolous issue for appeal. *Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983). His motions for leave to proceed in forma pauperis and for bail pending appeal are DENIED, and his appeal is DISMISSED AS FRIVOLOUS. *See* 5TH CIR. R. 42.2. *Baugh v. Taylor,* 117 F.3d 197, 202 n. 24 (5th Cir.1997).

Ekanem is WARNED that any future frivolous pleadings filed by him in this court or in any court subject to the jurisdiction of this court will subject him to sanctions. Ekanem should review any pending matters to ensure that they are not frivolous and should move to withdraw any that are.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.